UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| LISA A. HAMILTON, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:22-cv-00464 |
| KILOLO KIJAKAZI, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 23) recommending that the Court grant Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 16). Because no objections have been filed, the district court is not required to review the R&R *de novo*. Thomas v. Arn, 474 U.S. 140, 151 (1985).

The Court has nonetheless reviewed the R&R and the file in accordance with Rule 72 of the Federal Rules of Civil Procedure. Accordingly, the Magistrate Judge's Report and Recommendation (Doc. No. 23) is **APPROVED** and **ADOPTED**. The Plaintiff's motion (Doc. No. 16) is **GRANTED**, the decision of the Commissioner is **REVERSED**, and this case is **REMANDED** for further proceedings.

This Order constitutes a final judgment pursuant to Federal Rule of Civil Procedure 58, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE